# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – REMOVAL HEARING

**Case No.** **1:26mj39 ML**                                       **Start Time:** **3:52 p.m.**

**Date**        **5/7/2026**                                         **Stop Time:** **4:05 p.m.**

**DOCKET ENTRY:  REMOVAL HEARING**

**PRESENT: HONORABLE MIDORI LOWRY, UNITED STATES MAGISTRATE JUDGE**

| **A. Tinaya-Miller** | **Philip Minafield** | **GNV DCR 2026** | **Tyler Fleming** | **Eduardo Arenas** |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Attorney | Interpreter |

**U.S.A.  v.  (Defendants listed below)**                     **Attorney for Defendant**

**(1) NOBUAKI JESUS LARA WATAY**                  **(1) DARREN JOHNSON**
_X_ present  _X_ custody ____ bond ____O/R          _X_ present  _X_ appointed ____retained ___PRO BONO

____ Defendant consented to appear at hearing via Zoom

____ Ore Tenus motion by the Government to unseal case, granted

__x__ Defendant advised that he/she is before a U.S.  Magistrate Judge

__x__ Defendant advised of charges, penalties and fines

__x__ Defendant advised of right to remain silent and consult with an attorney before making any statement

__x__ Defendant advised of right to hire counsel or have counsel appointed

__x__ Defendant executed a CJA 23 form

__x__ Defendant questioned regarding financial status

__x__ Order appointing Federal Public Defender

____ CJA attorney _____ appointed as CJA counsel

____ Defendant financially able to employ counsel  (_____)

____ Government advised of Brady Disclosure Requirements

__x__ Defendant advised of right to Identity Hearing

__x__ Defendant waived Identity Hearing

__x__ Government does/ ____does not   move for detention

____ Defendant request detention hearing / ____ hearing held

____ Identity and Detention Hearing scheduled for:_____ before Magistrate Judge Midori Lowry

__x__ Preliminary hearing waived pending removal to the Eastern District of Wisconsin

____ Bond set  $_____ unsecured bond  (see order setting conditions of release)

__x__ Defendant remanded to custody of USM pending removal to the Eastern District of Wisconsin

____ Defendant released pending removal

____ Arraignment conducted

____ Hearing set for: _____ before Judge_____

**Initials of Deputy Clerk:__atm__**

# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – GENERAL MINUTES

**Case #:** **1:26mj39 ML**                          **Time Commenced:** **4:06 p.m.**
**Date:** **5/7/2026**                                **Time Concluded:** **4:34 p.m.**

**DOCKET ENTRY:  DETENTION HEARING**

**PRESENT: HONORABLE MIDORI LOWRY, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Philip Minafield | GNV DCR 2026 | Tyler Fleming | Eduardo Arenas |
|---|---|---|---|---|
| **Deputy Clerk** | **USPO** | **Tape No./Court Reporter** | **Asst. U.S. Attorney** | **Interpreter** |

**U.S.A.  v.  (Defendants listed below)**                    **Attorney for Defendant:**

**(1) NOBUAKI JESUS LARA WATAY**                    **(1) DARREN JOHNSON**
  X  present  X  custody ___ bond ___ O/R          X  present  X  appointed ___ retained ___ pro bono

| | |
|---|---|
| 4:06 p.m. | Government witness,  S/A Brandon Todd Amerine, FBI - Milwaukee, Wisconsin |
| 4:17 p.m. | Cross |
| 4:22 p.m. | Government argument |
| 4:24 p.m. | Defense argument |
| 4:29 p.m. | Government rebuttal |
| 4:33 p.m. | Government motion for detention, granted.  Defendant remanded to the custody of USM pending removal to the Eastern District of Wisconsin |
| 4:34 p.m. | Court adjourned |

**Initials of Deputy Clerk:  atm**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                      Case No. 1:26mj39 ML

NOBUAKI JESUS LARA WATAY

_____/

## O R D E R

The above-named defendant having appeared before the Court, and having

been examined by the undersigned, and the Court having determined from the sworn

testimony of the defendant that said defendant is qualified for appointment of counsel

pursuant to the provisions of the Criminal Justice Act, it is hereby **ORDERED**:

The FEDERAL PUBLIC DEFENDER, Darren Johnson, 101 SE 2nd Place, Suite

112, Gainesville, FL 32601, (352) 373-5823, is appointed to represent this defendant

and serve as counsel of record in the above-styled cause.  If a Criminal Justice Act

(CJA) panel attorney is selected by the Public Defender as Defendant's attorney, this

order authorizes payment of the CJA attorney for work on behalf of Defendant from the

time that attorney was contacted by the Public Defender to take the case and agreed to

take the case, even though that work predated this order.

**DONE** and **ORDERED** this 7th day of May, 2026.


Midori Lowry
United States Magistrate Judge

RCVD USDC FLND GV
MAY 7 '26 PM4:57

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                                  **CASE NO. 1:26mj39 ML**

**NOBUAKI JESUS LARA WATAY**

_____/

### *BRADY v. MARYLAND NOTICE*

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the Defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and ORDERS the United States to do so.  The Government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence.  The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

**DONE AND ORDERED** this 7th day of May, 2026.

_____
Midori Lowry
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NUMBER: 1:26mj39 ML

NOBUAKI JESUS LARA WATAY

_____/

## MOTION FOR PRE-TRIAL DETENTION

The Government hereby moves for pre-trial detention of the Defendant.  The

statutory basis for seeking pre-trial detention is (check all that apply):

☐     **18 U.S.C. § 3142(f)(1) because the case involves**:

☐     (A)    a crime of violence, a violation of section 1591, or
an offense listed in section 2332b(g)(5)(B) for which a
maximum term of imprisonment of 10 years or more is
prescribed;

☐     (B)    an offense for which the maximum sentence is life
imprisonment or death;

☐     (C)    an offense for which a maximum term of
imprisonment of ten (10) years or more is prescribed in the
Controlled Substances Act (21 U.S.C. 801 et seq.), the
Controlled Substances Import and Export Act (21 U.S.C.
951 et seq.), or chapter 705 of title 46;

☐     (D)    any felony if such person has been convicted of
two or more offenses described in subparagraphs (A)
through (C) of this paragraph, or two or more State of local
offenses that would have been offenses described in
subparagraphs (A) through (C) of this paragraph if a

FILED USDC FLND GV
MAY 7 '26 PM4:57

circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; or

☐     (E)     any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of Title 18, United States Code.

☐     **18 U.S.C. § 3142(f)(2) because the case involves:**

☑     (A)     a serious risk that such person will flee; or

☐     (B)     a serious risk that such person will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

Date   <u>May 7, 2026</u>

<u>s/ Tyler Fleming</u>
TYLER FLEMING
Assistant U.S. Attorney

## ORDER

The Government's Motion is granted.

DONE AND ORDERED this _____ day of May, 2026.

_____
MIDORI A. LOWRY
UNITED STATES MAGISTRATE JUDGE

2

AO 466 (Rev. 01/09) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  1:26mj39 ML |
| | ) | |
| NOBUAKI JESUS LARA WATAY | ) | Charging District's Case No.   26MJ69 |
| *Defendant* | ) | |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*      Eastern District of Wisconsin      .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)     a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and

(5)     a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒     an identity hearing and production of the judgment, warrant, and warrant application.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:      05/07/2026

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Darren Johnson, Assistant Federal Public Defender
*Printed name of defendant's attorney*

FILED USDC FLND GV
MAY 7 '26 PM4:57

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.   1:26mj39 ML |
| ) | |
| NOBUAKI JESUS LARA WATAY ) | Charging District's |
| *Defendant* ) | Case No.   26MJ69 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____Eastern_____ District of  Wisconsin _____,

*(if applicable)*  Milwaukee_____ division.  The defendant may need an interpreter for this language:

_____Spanish_____ .

The defendant:     ❐  will retain an attorney.

                ☑  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:        05/07/2026_____              _____
                                                    *Judge's signature*

                           Midori Lowry, United States Magistrate Judge_____
                                       *Printed name and title*

RCVD USDC FLND GV
MAY 7 '26 PM4:50

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    CASE NO.  1:26mj39 ML

**NOBUAKI JESUS LARA WATAY**

_____/

### INTERPRETER'S WRITTEN OATH

ON MY WORD OF HONOR, AS OFFICIAL COURT INTERPRETER AND OFFICER OF

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA;

I, *EDUARDO ARENAS*, SWEAR OR AFFIRM TO BE TRUE TO THE CODE OF ETHICS OF MY PROFESSION, AND TO DISCHARGE FAITHFULLY THE FOLLOWING SOLEMN DUTIES AND OBLIGATIONS:

**I WILL** interpret accurately and faithfully to the best of my ability.  I will convey the true meaning of the words, phrases, and statements of the speaker, and I will pay special attention to variations of the target language due to educational, cultural and regional differences.

**I WILL** never interject my own words, phrases, or views and if the need arises to paraphrase any statements in order to convey the proper meaning, I will do so only after the presiding judicial officer has granted permission.

**I WILL** familiarize myself with the case as much as possible prior to going into the Courtroom.  I will inquire whether the language in the case will involve terminology of a technical nature or a particular vernacular that would require special preparation.  I will study indictments or charges to avoid possible interpretation problems during formal proceedings.

**I WILL** speak in a clear, firm and well modulated voice, and when using inflections, I will be particularly careful not to allow them to be interpreted as partiality.  I will employ the techniques of interpretation best suited to the situation at hand or according to the needs or wishes of those utilizing my services.

**I WILL** adopt a conservative manner of dress and conduct in upholding the dignity of the Court and of my profession, particularly when attention is upon me in the Courtroom.  I will familiarize myself thoroughly with all the local rules and I will abide by them.

**I WILL** strive constantly to improve my knowledge of legal terminology in English and in the language I interpret, and to be familiar with general courtroom procedures, so that in addition to interpreting, I may when time and conditions permit and with the permission of the presiding judicial officer explain to those for whom I interpret what is occurring in the courtroom.

**I WILL** personally be responsible for having the proper dictionaries and other linguistic reference materials readily available for consultation when required.

So Help Me God.

Signed this 7th day of May, 2026.

Signature of Interpreter

FILED USDC FLND GV
MAY 7 '26 PM4:57

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO.   1:26mj39 ML

NOBUAKI JESUS LARA WATAY

                    Defendant

_____/

## ORDER OF DESIGNATION

     The Court finds that pursuant to Rule 604 of the Federal Rules of Evidence, that **EDUARDO ARENAS** is a qualified expert as a bilingual interpreter for the Spanish **language**, and that the defendant in this cause is unable to comprehend the English language.

     **Therefore, pursuant to the Court Interpreters Act it is:**

     **ORDERED** that **EDUARDO ARENAS** is hereby designated as an interpreter in this cause to provide the defendant with those services necessary to enable him/her to comprehend these proceedings, in the Courtroom or in Chambers, to present his/her testimony; to communicate with the presiding judicial officer; to communicate with the probation officer; and to communicate with counsel in the Courtroom, in Chambers, or in the immediate environs of the Courtroom in connection with the ongoing proceedings in this case before the presiding judicial officer.

     **DONE** and **ORDERED** this 7th day of May, 2026.

Midori Lowry
United States Magistrate Judge

RCVD USDC FLND GV
MAY 7 '26 PM 4:57

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 1:25mj39-MAL

NOBUAKI JESUS LARA WATAY,

     Defendant.

_____/

## ORDER OF DETENTION PENDING TRIAL

Defendant Nobuaki Jesus Lara Watay came before the Court for a detention hearing on May 7, 2026. At the end of the hearing, the Court found by a preponderance of the evidence that Defendant is a serious risk for flight and that no conditions or combination of conditions will reasonably assure his appearance as required. 18 U.S.C. § 3142(f)(2)(A).

Title 18, United States Code, Section 3142(g) sets forth four factors that a court must consider in determining whether conditions of release can reasonably assure the defendant's appearance and the safety of any other person and the community. The factors are:

(1) the nature and circumstances of the offense charged … ;
(2) the weight of the evidence against the person;
(3) the history and characteristics of the person, … ; and

(4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

18 U.S.C. § 3142(g).

As to the first factor, Defendant is charged with felony offenses involving interstate transportation of stolen property, harboring aliens, and money laundering. These offenses carry penalties up to 10 and 20 years. Agent Amerine's testimony at the detention hearing, and his affidavit supporting the criminal complaint, showed that Defendant arranged for short-term and long-term Airbnb rentals for co-conspirators Cifuentes, Silva, and others, to travel to Wisconsin, Minnesota, and Florida to commit burglaries. The co-conspirators transported property stolen during the burglaries in Minnesota and Wisconsin to Florida, and they used proceeds to pay Defendant. By using the proceeds of the burglaries to conduct financial transactions (paying for rentals and posting bond for Silva in Hamilton County, Florida), Defendant promoted Cifuentes and Silva in carrying on specified unlawful activity (burglaries). Defendant admitted he knew Cifuentes was traveling to commit burglaries. Defendant also knew or had reckless disregard for the fact that Cifuentes and Silva were in the United States in violation of law.

Next, there is at least probable cause that Defendant committed these offenses.

Next, Defendant is a Venezuelan citizen. He has no criminal history and a pending application for asylum. Defendant has been living in the same apartment complex in Gainesville, Florida, for over two years. Whatever ties Defendant had to the area were severed, however, by an immigration detainer.

Defendant's release poses a serious risk that he will flee to avoid this pending criminal case and avoid immigration detention and removal from the United States. Defendant is likely to engage in unlawful acts to sustain himself in flight, as it appears he is no longer permitted to remain on immigration bond or parole, and cannot lawfully work.

For these reasons, the Court finds Defendant is a serious risk for flight and that no conditions or combination of conditions will reasonably assure his appearance as required.

Accordingly, it is **ORDERED:**

1. The Government's motion for pretrial detention is granted.

2. The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States

Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED this 8th day of May, 2026.

s/ *Midori Lowry*
Midori Lowry
United States Magistrate Judge